Bernard F. CAMPBELL,
Plaintiff-Appellant,

v.

David J. SHULKIN, Secretary of
Veterans Affairs, Defendant-
Appellee.

No. 17-1803

United States Court of Appeals,
Fourth Circuit.

Submitted: December 29, 2017

Decided: February 6, 2018

Bernard F. Campbell, Appellant Pro Se. Daniel Patrick Shean, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard F. Campbell appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss and dismissing Campbell's complaint filed pursuant to Fed. R. Civ. P. 60(d). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Campbell v. Shulkin*, No. 2:16-cv-00512-AWA-LRL, 2017 WL 4507469 (E.D. Va., May 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*